THE STATE v. MYER.

1 **Instructions**: MUST BE WARRANTED BY EVIDENCE. It is error to submit to the jury a question of which there is no evidence.

*Appeal from Crawford District Court*

WEDNESDAY, JUNE 16.

INDICTMENT charging the defendant with the larceny of a horse. Trial by jury. Verdict and judgment. The defendant appeals.

*Sutton & Cummings*, for appellant.

*A. J. Baker, Attorney-general*, for the State.

SEEVERS, J.—The court charged the jury that the state must establish that the defendant took the horse without the owner's knowledge or consent, or that he "aided, abbetted or assisted another person or persons in so taking away the the horse." After the jury had been considering as to their verdict for a considerable time, the court, in response to an inquiry propounded by the jury, stated at some length what

was meant by aiding and abetting the commission of a larceny. On a separate reading of the abstract we have separately reached the conclusion that there is no evidence tending to show that the defendant in any respect aided and abetted any person in the commission of the crime, and therefore the court erred in submitting such question to the jury.

REVERSED.